Andre L. Johnson  
992 Homer Richard Rd.  
Opelousas, LA 70570  
December 7, 2012

12-10-2012

RECEIVED IN CLERK'S OFFICE

DEC 13 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

Clerk of Court  
United States District Court  
For the Middle District of Tennessee  
801 Broadway  
Nashville, TN. 37203

Dear Clerk of Court,

Please file this supersedeas bond in the nature of civil rule two ( 2 ) case # number 3:02-00121 , 0-2-2036 MK in relation to completed counterclaim and written error coram nobis civil rule # number 59, 60 and civil rule # number 62 , (d) (f) and FRAP rule 8 (B). Thank you for your attention to this matter.

Sincerely,


ANDRE LEMAURIO JOHNSON

*[Handwritten note:]* The Clerk shall file the attached record with a redaction of any Social Security numbers.

*[Signed]* USDJ 2-20-13