IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:02-00121 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| ANDRE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant's Motion for Personal Recognizance release or in the alternative issue a writ under All Writs Act (Docket Entry No. 118). Upon review of the record, this motion is **DENIED** as unsupported by facts or law.

It is so **ORDERED**.

**ENTERED** this the 16th day of April, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court