IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:02-00121 |
| | ) | Chief Judge Haynes |
| ANDRE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Defendant's motion for reconsideration (Docket Entry No. 121). The Government is to file a response to this motion within thirty (30) days of the entry of this Order.

It is so **ORDERED**.

**ENTERED** this the 21st day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court